UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY BEDOR | : | CIVIL ACTION NO. |
| Plaintiff, | : | 301CV2146 (AWT) |
| | : | |
| v. | : | |
| | : | |
| FRIENDLY ICE CREAM CORPORATION, | : | |
| Defendant. | : | October 13, 2005 |
| | : | |

## MOTION FOR RECONSIDERATION

For the reasons stated in the attached Memorandum of Law, the Plaintiff respectfully moves this court for reconsideration of its Memorandum of Decision filed September 29, 2005. The Plaintiff seeks reconsideration of the decision to grant partial summary judgment with respect to his claims alleging discrimination based upon physical disability on the ground that the court overlooked the Plaintiff's argument that his disability is prostate cancer.

Respectfully submitted,

THE PLAINTIFF

By: _____
Thomas W. Meiklejohn ct08755
Mary E. Kelly ct# 07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

    This hereby certifies that the foregoing Motion for Reconsideration was mailed on this 13th day of October 2005 first class mail, postage pre-paid to all counsel of record as follows:

Floyd J. Dugas
Warren L. Holcomb
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

                                    Thomas W. Meiklejohn