UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY BEDOR | : | CIVIL ACTION NO. |
| Plaintiff, | : | 301CV2146 (AWT) |
| | : | |
| v. | : | |
| | : | |
| FRIENDLY ICE CREAM CORPORATION, | : | |
| Defendant. | : | October 31, 2005 |

## JOINT MOTION FOR EXTENSION OF TIME

On September 29, 2005, this Court issued its ruling on the Defendant's Motion for Summary Judgment. Pursuant to the scheduling order issued by the Court on January 25, 2002, the Joint Trial Memorandum of the parties is due 45 days after issuance of this ruling, or November 14, 2005. As the Plaintiff has filed a Motion for Reconsideration, and as it is unlikely that this case will be scheduled for trial before the end of the year, the parties hereby jointly move for a three (3) week extension of time, until December 5, 2005, within which to file to Joint Trial Memorandum. This is the first request for an extension of this time limit since the January 25, 2002 scheduling order was entered. Defendant's counsel has authorized the undersigned to state that he joins in this motion.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By: _____
Thomas W. Meiklejohn ct08755
Mary E. Kelly ct# 07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing Motion for Extension of Time was mailed on this 31st day of October 2005 first class mail, postage pre-paid to all counsel of record as follows:

Floyd J. Dugas
Warren L. Holcomb
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

_____
Thomas W. Meiklejohn