UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY BEDOR<br>    Plaintiff | CIVIL NO.: 301 CV 2146 (AWT) |
| v. | |
| FRIENDLY'S ICE CREAM<br>CORPORATION<br>    Defendant | November 30, 2005 |

## MOTION FOR FOR EXTENSION OF TIME
## TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 7(b) the defendant Friendly's Ice Cream Corporation moves to extend the time to file the joint trial memorandum two weeks from December 5, 2005 to December 19, 2005. This extension is needed because defendant's counsel has an appellee brief due December 12, 2005; oral argument on a motion for summary judgment on December 1, 2005, preliminary injunction post-hearing brief due December 12, 2005 and a motion for summary judgment due December 16, 2005.

The undersigned counsel has contacted opposing counsel who has no objection and consents to this motion. This is the second request for an extension of this deadline.

THE DEFENDANT

BY: _____
Warren L. Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
(203) 783-1200
Fed. Bar #Ct13127
Its Attorneys

Extension GRANTED, to and including December 19, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   12/15/05