UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY BEDOR<br>    Plaintiff | :    CIVIL NO.: 301 CV 2146 (AWT)<br>:<br>: |
| v. | :<br>: |
| FRIENDLY'S ICE CREAM<br>CORPORATION<br>    Defendant | :<br>:<br>:<br>:    December 20, 2005 |

### DEFENDANT'S PROPOSED JURY VERDICT FORM AND SPECIAL INTERROGATORIES

**A.  Plaintiff's Claim For Retaliation For Taking Medical Leave Under The Family Medical Leave Act**

1. Do you find that the plaintiff, Gary Bedor, has proven by a preponderance of the evidence that the defendant Friendly's Ice Cream Corporation retaliated against him because he took a medical leave under the Family Medical Leave Act?

    _____ Yes                _____ No

    [If your answer to interrogatory #1 is "no", go to Section B. If your answer to interrogatory #1 is "yes", you must answer the following question before proceeding to Section B].

2. If your answer to interrogatory #1 is "yes", has the defendant proved by a preponderance of the evidence they would have terminated the plaintiff's employment regardless of whether or not he had taken FMLA leave?

    [If your answer to interrogatory #2 is "yes", go to Section B. If your answer to interrogatory #2 is "no", then you must answer the following questions before proceeding to Section B].

1

3.  State the amount, if any, of damages the plaintiff sustained as a result of the defendant's retaliation against the plaintiff for taking leave under the FMLA.

  $_____

4.  Do you find that the plaintiff failed to reasonably mitigate his damages? If so, by what amount should the plaintiff's damages be reduced to take into account the plaintiff's failure to reasonably mitigate his damages?

  $_____

B.  **<u>Age Discrimination</u>**

1.  Do you find that the plaintiff has proven by a preponderance of the evidence that the defendant discriminated against him because of his age in violation of the Age Discrimination in Employment Act and the Connecticut Fair Employment Practices Act?

  _____ Yes          _____ No

  [If your answer to interrogatory #1 is "no", you may sign the form. If your answer to interrogatory #1 is "yes", continue with the following interrogatories in this Section B before signing the form],

2.  If your answer to interrogatory #1 is "yes", put the amount of monetary damages, if any, do you award the plaintiff for the economic loss he has sustained as a result of the defendant's discrimination against him based on his age?

  $_____

3.  If your answer to interrogatory #1 is "yes", what amount of compensation, if any, do you award the plaintiff for his claim that he suffered emotional distress caused by discrimination?

  $_____

4. If your answer to interrogatory #1 is "yes", do you find that the defendant committed a willful violation of the federal Age Discrimination in Employment Act?

_____ Yes        _____ No

_____
Foreperson

_____
Date

RESPECTFULLY SUBMITTED
FOR THE DEFENDANT

*[signature]*

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
(203) 783-1200
Fed. ID #13127
wholcomb@bmdlaw.com

3