UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY BEDOR | : | CIVIL ACTION NO. |
| Plaintiff, | : | 301CV2146 (AWT) |
| | : | |
| v. | : | |
| | : | |
| FRIENDLY ICE CREAM CORPORATION, | : | |
| Defendant. | : | March 15, 2006 |

**JOINT MOTION FOR EXTENSION OF TIME**

The parties jointly request a eight-day extension of time, from March 16, 2006 until March 24, 2006, within which to Supplement the Joint Trial Memorandum previously submitted in this case. The additional issues to be addressed in the supplement relate to the Plaintiff's disability claims, for which it has been difficult to locate appropriate jury instructions. In addition, the press of other work, including trial schedules, has prevented the parties from concluding the supplement within the time alloted. This is the first request for an extension of this time limit. Defendant's counsel has authorized the undersigned to state that he joins in this motion.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By: _____
Thomas W. Meiklejohn ct08755
Mary E. Kelly ct# 07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

      This hereby certifies that the foregoing Motion for Extension of Time was mailed on this 15th day of March 2006 first class mail, postage pre-paid to all counsel of record as follows:

Floyd J. Dugas  
Warren L. Holcomb  
Berchem, Moses & Devlin, P.C.  
75 Broad Street  
Milford, CT 06460

 

_____  
Thomas W. Meiklejohn