**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GARY BEDOR | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 301CV2146 (AWT) |
| v. | : | |
| FRIENDLY ICE CREAM CORPORATION, | : | |
|     Defendant. | : | March 24, 2006 |

## PLAINTIFFS' PROPOSED JURY VERDICT FORM AND SPECIAL INTERROGATORIES

**A.  Age Discrimination**

1. Do you find that the plaintiff, Gary Bedor, has proven, by a preponderance of the evidence, that the defendant, Friendly Ice Cream Corporation, discriminated against him because of his age in violation of the Age Discrimination in Employment Act and the Connecticut Fair Employment Practices Act ?

    _____ Yes       _____ No

    [If your answer to Interrogatory #1 is "No", Go to Section B.  If your answer to Interrogatory #1 is "Yes", continue with the following Interrogatories in this Section A before proceeding to Section B.]

2. If your answer to Interrogatory #1 is "yes," what amount of monetary damages do you award Mr. Bedor for the economic loss he has sustained as a result of the age discrimination he has suffered from the Defendant ?

    $_____

3. If your answer to Interrogatory #1 is "yes," do you find that the Defendant, Friendly Ice Cream Corporation, committed a willful violation of the federal Age Discrimination in Employment Act ?

    _____ Yes       _____ No

4.  If your answer to Interrogatory #3 is "yes," you should award the Plaintiff, Gary Bedor, damages up to an amount equal to the damages which you awarded in response to Interrogatory #2.

    $_____

5.  If your answer to Interrogatory #1 is "yes," what amount of compensation do you award the Plaintiff, Gary Bedor, for his claim that he suffered emotional distress caused by the discrimination?

    $_____

**B.    Retaliation For Exercising Rights Under the Family Medical Leave Act**

1.  Do you find that the plaintiff, Gary Bedor, has proven, by a preponderance of the evidence, that the Defendant, Friendly Ice Cream Corporation, retaliated against him because of his exercise of his right to take a medical leave under the Family Medical Leave Act?

    _____ Yes          _____ No

    [If your answer to Interrogatory #1 is "No", Go to Section C.   If your answer to Interrogatory #1 is "Yes", continue with the following Interrogatories in this Section B before proceeding to Section C.]

2.  If your answer to Interrogatory #1 is "yes," what amount of monetary damages do you award Mr. Bedor for the economic loss he has sustained as a result of the retaliation he has suffered from the Defendant?

    $_____

3.  If your answer to Interrogatory #1 is "yes," do you find that the Defendant, Friendly Ice Cream Corporation, both acted in good faith and had reasonable grounds for believing that its conduct did not violate the FMLA?

    _____ Yes          _____ No

4.  If your answer to Interrogatory #3 is "no," you should award the Plaintiff, Gary Bedor, liquidated damages in an amount equal to the damages which you awarded in response to Interrogatory #2.

    $_____

**C.     Disability Discrimination Under the ADA**

1.    Do you find that the plaintiff, Gary Bedor, has proven, by a preponderance of the evidence, that the defendant, Friendly Ice Cream Corporation, discriminated against him because of his disability in violation of the Americans with Disabilities Act?

    \_\_\_\_\_ Yes            \_\_\_\_\_ No

    [If your answer to Interrogatory #1 is "No", Go to Section D.  If your answer to Interrogatory #1 is "Yes", continue with the following Interrogatories in this Section C before proceeding to Section D.]

2.    If your answer to Interrogatory #1 is "yes," what amount of monetary damages do you award Mr. Bedor for the economic loss he has sustained as a result of the disability discrimination he has suffered from the Defendant ?

    $_____

3.    If your answer to Interrogatory #1 is "yes," do you find that the Defendant, Friendly Ice Cream Corporation, committed a willful violation of the federal Americans with Disabilities Act?

    \_\_\_\_\_ Yes            \_\_\_\_\_ No

4.    If your answer to Interrogatory #3 is "yes," what amount of monetary damages do you award Mr. Bedor for the Defendant's wilful violation ?

    $_____

5.    If your answer to Interrogatory #1 is "yes," what amount of compensation do you award the Plaintiff, Gary Bedor, for his claim that he suffered emotional distress caused by the discrimination?

    $_____

**D.     Disability Discrimination Under the CFEPA**

1.    Do you find that the plaintiff, Gary Bedor, has proven, by a preponderance of the evidence, that the defendant, Friendly Ice Cream Corporation, discriminated against him because of his disability in violation of the Connecticut Fair Employment

Practices Act ?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

[If your answer to Interrogatory #1 is "No", you may sign the form. If your answer to Interrogatory #1 is "Yes", continue with the following Interrogatories in this Section D before signing the form.]

2.   If your answer to Interrogatory #1 is "yes," what amount of monetary damages do you award Mr. Bedor for the economic loss he has sustained as a result of the disability discrimination he has suffered from the Defendant ?

$_____

3.   If your answer to Interrogatory #1 is "yes," do you find that the Defendant, Friendly Ice Cream Corporation, committed a willful violation of the federal Age Discrimination in Employment Act ?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

4.   If your answer to Interrogatory #3 is "yes," what amount of monetary damages do you award Mr. Bedor for the Defendant's wilful violation ?

$_____

5.   If your answer to Interrogatory #1 is "yes," what amount of compensation do you award the Plaintiff, Gary Bedor, for his claim that he suffered emotional distress caused by the discrimination?

$_____

**Your deliberations are complete.  Please have the jury foreperson sign and date this verdict form.**

_____
Foreperson


_____
Date


RESPECTFULLY SUBMITTED,
FOR THE PLAINTIFF,


By: _____
Mary E. Kelly ct07419
Thomas W. Meiklejohn ct08755
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C
557 Prospect Avenue
Hartford, CT 06105
(860) 233-9821

5

**CERTIFICATE OF SERVICE**

     This hereby certifies that the foregoing Plaintiffs' Proposed Jury Verdict Form and Special Interrogatories was mailed on this 24th day of March 2006 first-class mail, postage pre-paid to all counsel of record as follows:

Warren L. Holcomb
Floyd J. Dugas
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

                                                                         _____
                                                                         Mary E. Kelly