## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY BEDOR | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 301CV2146 (AWT) |
| | : | |
| v. | : | |
| | : | |
| FRIENDLY ICE CREAM CORPORATION, | : | |
|    Defendant. | : | March 29, 2006 |
| _____ | : | |

## MOTION TO SUBSTITUTE JOINT TRIAL MEMORANDUM

The parties respectfully move to substitute the attached Amended Joint Pretrial Order for the Amended Joint Pretrial Order filed on Friday, March 24, 2006.  Due to communication errors between the parties, the Joint Order filed on March 24 did not include all of the matters that the parties wished to include.


RESPECTFULLY SUBMITTED,        THE DEFENDANT
THE PLANTIFF


By:_____/s/_____        By:_____/s/_____
   Thomas W. Meiklejohn ct08755           Floyd J. Dugas ct02478
   Mary E. Kelly ct07419           Warren L. Holcomb ct13127
   Livingston, Adler, Pulda,           Berchem, Moses & Devlin, P.C.
   Meiklejohn & Kelly, P.C.           75 Broad Street
   557 Prospect Avenue           Milford, CT 06460
   Hartford, CT 06105

**CERTIFICATION OF SERVICE**

     This hereby certifies that the foregoing Motion to Substitute Joint Trial Memorandum was hand delivered on this 29th day of March 2006, to all counsel of record as follows:

Warren L. Holcomb
Floyd J. Dugas
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

                                              /s/
                                Thomas W. Meiklejohn