

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GARY BEDOR<br>Plaintiff,<br><br>v.<br><br>FRIENDLY ICE CREAM<br>CORPORATION,<br>Defendant. | CIVIL ACTION NO.<br>301CV2146 (AWT)<br><br><br><br>March 29, 2006 |

## MOTION TO SUBSTITUTE JOINT TRIAL MEMORANDUM

The parties respectfully move to substitute the attached Amended Joint Pretrial Order for the Amended Joint Pretrial Order filed on Friday, March 24, 2006. Due to communication errors between the parties, the Joint Order filed on March 24 did not include all of the matters that the parties wished to include.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By: _____
Thomas W. Meiklejohn ct08755
Mary E. Kelly ct07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105

THE DEFENDANT

By: _____
Floyd J. Dugas ct02478
Warren L. Holcomb ct13127
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 04/04/06