UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY BEDOR<br>　　Plaintiff | : CIVIL NO.: 301 CV 2146 (AWT)<br>:<br>: |
| v. | :<br>: |
| FRIENDLY'S ICE CREAM<br>CORPORATION<br>　　Defendant | :<br>:<br>: March 29, 2005 |

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

1.　In this case the defendant Friendly's Ice Cream Corporation is a corporation. Even though corporations are made up of people, do you have any strong feelings against corporations which could prevent you from being fair to the defendant in this case?

2.　Have you, any member or any close friend ever been employed by or had a business relationship with the defendant in this case, Friendly's Ice Cream Corporation?

If so, please explain the circumstances and whether as a result of that experience you have any feelings that would make it difficult for you to fairly and objectively render a verdict for or against Friendly's Ice Cream Corporation.

3.　Have you, any member of your family or any friend every been involuntarily terminated from employment as a result of a reorganization, restructuring or reduction in the work force? If so, please explain the circumstances.

{00061693.DOC}1

4. Have you, any member of your family or close friend ever filed a claim of age discrimination, disability discrimination or any other type of discrimination either informally with a company, with a state or federal administrative agency, such as the EEOC or the Connecticut Commission on Human Rights and Opportunities, or in state or federal court against an employer or former employer? If so, please briefly describe the circumstances and the outcome.

5. Have you, any member of your family or a close friend ever filed a complaint of retaliation against an employer or former employer either with the Equal Employment Opportunity Commission, a state agency or in court. If so, please describe the circumstances.

6. Have you, any member of your immediate family or close friend ever taken a leave of absence under the Family Medical Leave Act? If so, was there anything relating to the leave of absence that caused you to have any feelings that may make it difficult for you to fairly evaluate this case?

7. Have any of you ever been involved in any group, organization or company that advocated for an expansion or limitation on the rights for any disabled persons? If so, please briefly explain the circumstances and the nature of your involvement.

8. Have any of you personally advocated for the rights of any person who is disabled? If so, please briefly explain the circumstances.

9. Today many people have a family member or friend who has or had cancer.

If any member of your family or a friend has or had cancer and that experience has caused you to have feelings that would make it difficult or impossible for you to be completely fair and objective in a case like this where the plaintiff had cancer, please let me know.

10. If based on all the evidence in the law, the plaintiff fails to prove his case, would you have any reluctance or problem in giving a verdict in favor of the defendant and sending the plaintiff away without any damages?

11. Excluding this case, would you be able to put aside any feeling of sympathy that you may have for the plaintiff and decide this case solely on the basis of the evidence and the laws as the Court would give them to you?

12. In considering this case would you be able to put aside any general feeling that the defendant may have treated the plaintiff unfairly if you were to decide that the plaintiff had not proven that the defendant had discriminated or retaliated against him in violation of the anti-discriminatory laws?

13. Do you feel or believe that either you, any member of your immediate family or any close friend has ever been discrimination against at work or in applying for employment because of age?

14. Have you ever had any experiences at Friendly's Ice Cream Corporation that could affect your ability to decide this case in a fair and unbiased manner?

15. As you sit there today, can you think of any reason why you could not be

fair to both parties in this type of lawsuit?

RESPECTFULLY SUBMITTED
FOR THE DEFENDANT

_____
Warren L. Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
(203) 783-1200
Fed. ID #13127
wholcomb@bmdlaw.com
