## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
GARY BEDOR                    :        CIVIL ACTION NO.
          Plaintiff,        :        301CV2146 (AWT)
                               :
v.                            :
                               :
FRIENDLY ICE CREAM            :
CORPORATION,                  :
          Defendant.        :        March 29, 2006
_____:

### PLAINTIFFS' PROPOSED JURY VERDICT FORM AND SPECIAL INTERROGATORIES

**A.    Age Discrimination**

1.    Do you find that the plaintiff, Gary Bedor, has proven, by a preponderance of the evidence, that the defendant, Friendly Ice Cream Corporation, discriminated against him because of his age in violation of the Age Discrimination in Employment Act and the Connecticut Fair Employment Practices Act ?

      _____ Yes               _____ No

      [If your answer to Interrogatory #1 is "No", Go to Section B.  If your answer to Interrogatory #1 is "Yes", continue with the following Interrogatories in this Section A before proceeding to Section B.]

2.    If your answer to Interrogatory #1 is "yes," what amount of monetary damages do you award Mr. Bedor for the economic loss he has sustained as a result of the age discrimination he has suffered from the Defendant ?

      $_____

3.    If your answer to Interrogatory #1 is "yes," do you find that the Defendant, Friendly Ice Cream Corporation, committed a willful violation of the federal Age Discrimination in Employment Act ?

      _____ Yes               _____ No

4.     If your answer to Interrogatory #3 is "yes," you should award the Plaintiff, Gary
 Bedor, damages up to an amount equal to the damages which you awarded in
response to Interrogatory #2.

       $_____

5.     If your answer to Interrogatory #1 is "yes," what amount of compensation do you
award the Plaintiff, Gary Bedor, for his claim that he suffered emotional distress caused
by the discrimination?

       $_____

**B.     Retaliation For Exercising Rights Under  the Family Medical Leave Act**

1.     Do you find that the plaintiff, Gary Bedor, has proven, by a preponderance
of the evidence, that the Defendant, Friendly Ice Cream Corporation, retaliated  against
him because of his exercise of his right to take a medical leave under the Family
Medical Leave Act?

      _____ Yes                 _____ No

      [If your answer to Interrogatory #1 is "No", Go to Section C.   If your answer to
Interrogatory #1 is "Yes", continue with the following Interrogatories in this
Section B before proceeding to Section C.]

2.     If your answer to Interrogatory #1 is "yes," what amount of monetary damages
do you award Mr. Bedor for the economic loss he has sustained as a result of the
retaliation  he has suffered from the Defendant ?

       $_____

3.     If your answer to Interrogatory #1 is "yes," do you find that the Defendant,
 Friendly Ice Cream Corporation, both acted in good faith and had reasonable grounds
for believing that its conduct did not violate the FMLA?

      _____ Yes                 _____ No

4.     If your answer to Interrogatory #3 is "no," you should award the Plaintiff, Gary
Bedor, liquidated damages in an amount equal to the damages which you awarded in
response to Interrogatory #2.

       $_____

2

**C.      Disability  Discrimination Under the ADA**

1.      Do you find that the plaintiff, Gary Bedor, has proven, by a preponderance
of the evidence, that the defendant, Friendly Ice Cream Corporation, discriminated
against him because of his disability  in violation of the Americans with Disabilities Act?

        _____ Yes                    _____ No

        [If your answer to Interrogatory #1 is "No", Go to Section D.  If your answer to
        Interrogatory #1 is "Yes", continue with the following Interrogatories in this
        Section C before proceeding to Section D.]

2.      If your answer to Interrogatory #1 is "yes," what amount of monetary damages
do you award Mr. Bedor for the economic loss he has sustained as a result of the
disability discrimination he has suffered from the Defendant ?

        $_____


3.      If your answer to Interrogatory #1 is "yes," do you find that the Defendant,
 Friendly Ice Cream Corporation, committed a willful violation of the federal Americans
with Disabilities Act?

        _____ Yes                    _____ No


4.      If your answer to Interrogatory #3 is "yes," what amount of monetary damages
do you award Mr. Bedor for the Defendant's wilful violation ?

        $_____


5.      If your answer to Interrogatory #1 is "yes," what amount of compensation do you
award the Plaintiff, Gary Bedor, for his claim that he suffered emotional distress caused
by the discrimination?

        $_____


**D.      Disability  Discrimination Under the CFEPA**

1.      Do you find that the plaintiff, Gary Bedor, has proven, by a preponderance
of the evidence, that the defendant, Friendly Ice Cream Corporation, discriminated
against him because of his disability  in violation of the Connecticut Fair Employment

Practices Act ?

_____ Yes                    _____ No

[If your answer to Interrogatory #1 is "No", you may sign the form.  If your answer to  Interrogatory #1 is "Yes", continue with the following Interrogatories in this Section D before signing the form.]

2.      If your answer to Interrogatory #1 is "yes," what amount of monetary damages do you award Mr. Bedor for the economic loss he has sustained as a result of the disability discrimination he has suffered from the Defendant ?

$_____

3.      If your answer to Interrogatory #1 is "yes," do you find that the Defendant, Friendly Ice Cream Corporation, committed a willful violation of the federal Age Discrimination in Employment Act ?

_____ Yes                    _____ No

4.      If your answer to Interrogatory #3 is "yes," what amount of monetary damages do you award Mr. Bedor for the Defendant's wilful violation ?

$_____

5.      If your answer to Interrogatory #1 is "yes," what amount of compensation do you award the Plaintiff, Gary Bedor, for his claim that he suffered emotional distress caused by the discrimination?

$_____

**Your deliberations are complete.  Please have the jury foreperson sign and date this verdict form.**

_____
Foreperson


_____
Date


RESPECTFULLY SUBMITTED,
FOR THE PLAINTIFF,


By:    _____/s/_____
Thomas W. Meiklejohn ct08755
Mary E. Kelly ct07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C
557 Prospect Avenue
Hartford, CT 06105
(860) 233-9821

## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing Plaintiffs' Proposed Jury Verdict Form and Special Interrogatories was hand delivered  on this 29th day of March 2006 to all counsel of record as follows:

Warren L. Holcomb
Floyd J. Dugas
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

_____/s/_____
Thomas W. Meiklejohn