UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY BEDOR | : | CIVIL ACTION NO. |
| Plaintiff, | : | 301CV2146 (AWT) |
| v. | : | |
| FRIENDLY ICE CREAM CORPORATION, | : | |
| Defendant. | : | November 7, 2006 |

## JOINT MOTION TO STAY PROCEEDINGS

A final pretrial conference has been scheduled for tomorrow in this matter, to be followed by jury selection on Thursday, November 9, 2006. Yesterday, November 6, 2006, the parties reached tentative agreement on a settlement of this matter. The parties have agreed on a settlement figure, and the attorneys have agreed on settlement language, subject to final approval by their respective clients. Accordingly, the parties respectfully request that the pretrial conference scheduled for November 8, 2006, as well as the trial in this matter, be postponed indefinitely to allow the parties time to conclude the settlement of this matter. The parties anticipate that papers finally resolving this matter will be filed within 45 days of this motion.

The attorney for the Defendant has authorized me to state that he joins in this motion. No previous motions have been filed to postpone this conference or trial.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

By: _____
Thomas W. Meiklejohn ct#08755
Mary E. Kelly ct #07419
Livingston, Adler, Pulda,
P.C. Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105
(860) 233-9821

## CERTIFICATE OF SERVICE

This is to certify that on November 7, 2006 a copy of the foregoing Joint Motion to Stay Proceedings was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

---

Thomas W. Meiklejohn ct#08755
Mary E. Kelly ct#07419
Livingston, Adler, Pulda
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105
Phone: (860) 233-9821
Fax: (860) 232-7818