UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY BEDOR<br>　　　　Plaintiff,<br><br>v.<br><br>FRIENDLY ICE CREAM<br>CORPORATION,<br>　　　　Defendant. | CIVIL ACTION NO.<br>301CV2146 (AWT)<br><br><br><br><br>December 29, 2006 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the above-captioned action, with prejudice and without costs or fees to any party.

Respectfully Submitted,
THE PLAINTIFF

By: _____
Thomas W. Meiklejohn ct08755
Mary E. Kelly ct07419
Livingston, Adler, Pulda,
P.C. Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105

Respectfully Submitted
THE DEFENDANT

By: _____
Floyd J. Dugas ct#0247
Warren L. Holcomb ct #13127
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
(860) 203-783-1200